# United States Bankruptcy Court
## Northern District of Mississippi

| In re | NB Taylor Bend 2, L.L.C. | | Case No. | 21-11468-JDW |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 1026 E. Lyon, LLC<br>c/o James and Michele Pockross<br>201 Heather Ln<br>Wilmette, IL 60091 | | 2.0981% | |
| Alan L. T. Joe and Virginia Kit-Yee Joe<br>c/o ALan & Virginia Joe<br>P.O. Box 3065<br>Saratoga, CA 95070 | | 0.3936% | |
| Banerje 1989 Family Trust<br>c/o Dan & Manju Banerje<br>18594 Vessing Rd<br>Saratoga, CA 95070 | | 1.6375% | |
| Chuenpu Chou and Juiyu Chou<br>14435 Deer Canyon Ln<br>Saratoga, CA 95070 | | 1.1022% | |
| Darlene Mellein Living Trust<br>f/k/a Gary Weldin Living Trust<br>c/o Darlene Mellein<br>5741 Vista Del Monte Ave<br>Van Nuys, CA 91411 | | 1.7320% | |
| George and Patricia Wong<br>c/o Chad Wong<br>1315 Holly Ave<br>Los Altos, CA 94024 | | 1.5746% | |
| Gordon G. Yan and Youxue W. Yan<br>109 Saint Malo Ct<br>Martinez, CA 94553 | | 4.5089% | |
| James Van Lare and Kearin R. Van Lare<br>412 Mendoza Ter<br>Corona Del Mar, CA 92625 | | 14.1710% | |
| Kenneth E. Solie Revocable Trust DTD 6/3<br>c/o Kenneth Solie<br>2817 Silver Ln NE<br>Minneapolis, MN 55421 | | 2.2004% | |
| Koh Schuman Family Trust<br>c/o Naim & Koh Schuman<br>262 Melendez Ave<br>Fremont, CA 94539 | | 1.1022% | |

In re: **NB Taylor Bend 2, L.L.C.**          Case No. **21-11468-JDW**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Lawrence R. Szalay and Susan M. Szalay<br>41 Willardshire Rd<br>Orchard Park, NY 14127 | | 1.0824% | |
| Margaret Anne Elliot<br>P.O. Box 5144<br>Culver City, CA 90231 | | 4.7237% | |
| Midas Touch Media, LLC<br>c/o Taunya Henderson<br>1484 N 950 W<br>Lehi, UT 84043 | | 1.1209% | |
| Monson Acres, LLC, a Utah limited liabil<br>c/o John Monson<br>1202 Saddle Bluff Dr<br>Murray, UT 84123 | | 1.9589% | |
| NB Student Housing & Assisted Living Hol<br>c/o Larsen & Naddour LLP<br>19200 Von Karman Avenue<br>Suite 940<br>Irvine, CA 92612 | | 3.1491% | |
| New Coinjock Investors, LC<br>c/o Gordon & Katherine Shelton, III<br>4103 River Park Dr<br>Suffolk, VA 23435 | | 7.0855% | |
| Oren J. Chesebro and Sally L. Chesebro,<br>c/o James & Sally Chesebro<br>1032 White Sails Way<br>Corona Del Mar, CA 92625 | | 0.7873% | |
| Parametric Partners, LLC, a California l<br>c/o Richard & Soah Hsu<br>505 Seville Way<br>San Mateo, CA 94402 | | 0.7873% | |
| Pasari Living Trust DTD 1/19/2006<br>19784 Yuba Ct<br>Saratoga, CA 95070 | | 0.6298% | |
| Pat Tantiwong<br>4081 Amaranta Ave<br>Palo Alto, CA 94306 | | 0.8109% | |

In re: **NB Taylor Bend 2, L.L.C.**     Case No. **21-11468-JDW**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Robert LaFrance and Mary Ellen LaFrance<br>12711 Moorshire Dr<br>Cerritos, CA 90703 | | 5.3620% | |
| Robert W. Hall and Virginia M. Hall<br>151 N.W. 28th Street<br>Pompano Beach, FL 33064 | | 8.6601% | |
| Roger Ratzlaff Revocable Trust<br>c/o Roger Ratzlaff<br>404 Ridgeway Street<br>Carbondale, KS 66414 | | 1.5746% | |
| Russel Petralia<br>501 Main St<br>Utica, NY 13501 | | 4.7237% | |
| Shidong Zhou and Stella Sue Zhou<br>621 Shetland Ct<br>Milpitas, CA 95035 | | 4.7237% | |
| Soumya Banerjee and Piu Ghosh<br>12516 Arroyo De Arguello<br>Saratoga, CA 95070 | | 0.7873% | |
| The Clough Revocable Living Trust DTD 10<br>c/o Donald Clough<br>10621 Rochester Ave<br>Los Angeles, CA 90024 | | 2.5392% | |
| The Lee Living Trust dated February 5, 1<br>c/o Kenneth Lee<br>105 Angel Ct<br>Los Gatos, CA 95032 | | 8.5813% | |
| The Shirley and James Domian Trust DTD 1<br>c/o Shirley Domain<br>1492 West Parkside Drive<br>Provo, UT 84601 | | 3.1491% | |
| Thomas Wong and Nancy Y. Wong<br>2806 Victoria Ridge Ct<br>Pleasanton, CA 94566 | | 1.5746% | |
| Tienchien Kuo and Yiting Chuang<br>577 Santa Rosalia Ter<br>Sunnyvale, CA 94085 | | 1.1022% | |

List of equity security holders consists of 4 total page(s)
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re: **NB Taylor Bend 2, L.L.C.**        Case No. **21-11468-JDW**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **William G Foster Trust** c/o William Foster 4606 32nd St N Arlington, VA 22207 | | 2.9129% | |
| **XingHui Cai and Jialing Zou** 1690 Hayford Dr San Jose, CA 95130 | | 1.6533% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    8/13/21      Signature    /s/ Patrick Nelson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.