# United States Bankruptcy Court
## Northern District of Mississippi

In re   **NB Taylor Bend 2, L.L.C.**                                Case No.   **21-11468-JDW**

Debtor(s)                                           Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **8/13/2021**

*[Signature]*

**Patrick Nelson/Manager**
Signer/Title

Alaycia Ester
579 North St.
Coldwater, MS 38618-3940

All Kleen Carpet Cleaning
412 Lark Run
Oxford, MS 38655-5098

Amber Peterson
101 Old Taylor Road
Unit 709
Oxford, MS 38655-5098

American Financial Credit Services, Inc.
10333 N Meridian St.
Suite 270
Carmel, IN 46290-1144

Apartments.com
2563 Collection Center Dr.
Chicago, IL 60693

Artisent Floors
P.O. Box 17526
Memphis, TN 38187-0526

Ashley Gray
101 Old Taylor Road
Unit 305
Oxford, MS 38655-5098

Audrey Ballew
101 Old Taylor Road
Oxford, MS 38655-5098

Auraria Student Lofts
1051 14th Street
Denver, CO 80202

Big Ed's Janitorial, LLC
P.O. Box 906
Bruce, MS 38915-0906

BluSky Restoration Contractors, LLC
9110 East Nichols Avenue
Suite 180
Centennial, CO 80112

BrightView Landscape Services, Inc.
P.O. Box 740655
Atlanta, GA 30374-0655

Brunner Heating and Air
401 McElroy Drive
Unit 245
Oxford, MS 38655

Christina Hales
8585 Lodgepole Lane
Riverside, CA 92508

City of Oxford, MS
P.O. Box 965
Oxford, MS 38655

City of Oxford, MS
107 Courthouse Square
Oxford, MS 38655

Comm-Fit
4651 Sunbelt Dr.
Addison, TX 75001

Conservice, LLC
P.O. Box 4696
Logan, UT 84323-4696

Conservice, LLC
Attn: Student Housing Funding
P.O. Box 4697
Logan, UT 84323

Digital Ignite, LLC
1049 Morrison Dr.
Suite 201
Charleston, SC 29403-3875

Entrata
P.O. Box 1055
Lehi, UT 84043

Granite Telecommunications, LLC
Client ID #311
P.O. Box 983119
Boston, MA 02298-3119

HD Supply Facilities Maintenance
P.O. Box 509058
San Diego, CA 92150

IRIO, Inc.
P.O. Box 734707
Dallas, TX 75373-4707

Jennifer Holt
101 Old Taylor Road
Unit 709
Oxford, MS 38655-5098

Julian Acevedo Pardo
101 Old Taylor Road
Unit 706
Oxford, MS 38655-5098

Kaylie McGregory
1360 Coldsprings Road
Sardis, MS 38666

Kirton McConkie
P.O. Box 45120
Salt Lake City, UT 84145-0120

Lafayette Carpet Cleaning
P.O. Box 742
Oxford, MS 38655

Lowe's Pro Supply
P.O. Box 301451
Dallas, TX 75303

Makayla McKay
101 Old Taylor Road
Unit 204
Oxford, MS 38655-5098

Marsinelli's Cleaning, Inc.
1997 Oakview Dr.
Tupelo, MS 38804-8019

Matthew Carlile
101 Old Taylor Road
Oxford, MS 38655-5098

MaxxSouth Broadband
P.O. Box 10027
Toledo, OH 43699

Millers Lawn Management
c/o Jeremy Miller
849 Highway 334
Oxford, MS 38655-9483

NaShelia L. Hervey
9 County Road 113
Batesville, MS 38606

Nelson Brothers Construction Management
3195 S Main Street
Suite 275
South SLC, UT 84115

Nelson Brothers Property Management, Inc.
16B Journey
Suite 200
Aliso Viejo, CA 92656

Nelson Partners Property Management
180 Avenida La Pata
2nd Floor
San Clemente, CA 92673

North American Savings Bank, F.S.B.
c/o John D. Mayo, Esq.
2094 Old Taylor Road
5 University Office Park
P.O. Box 1456
Oxford, MS 38655

North American Savings Bank, F.S.B.
c/o D. Andrew Phillips, Esq.
P.O. Box 947
Oxford, MS 38655-0947

North American Savings Bank, F.S.B.
c/o James P. Wilson, Esq.
P.O. Box 1366
Columbus, MS 39703-1366

North East Mississippi Electric Power Association
P.O. Box 1037
Oxford, MS 38655-1037

Off Campus Partners, LLC
P.O. Box 5664
Charlottesville, VA 22905

Parents of Ole Miss
603 Grove Forest Way
Oxford, MS 38655-7257

Pivotal Property Solution
P.O. Box 2033
Dacula, GA 30019

Premium Refreshment Service
P.O. Box 15238
Little Rock, AR 72231

Ray's Heating & Cooling, LLC
61 County Road 385
Water Valley, MS 38965-4206

Resourceful Environmental Services, Inc.
P.O. Box 598
Ripley, MS 38663

Rick's Plumbing & Electric, Inc.
11 County Road 324
Oxford, MS 38655

Ring Limited
P.O. Box 207
Dublin, OH 43017

Rose Business Equipment
P.O. Box 1063
Grenada, MS 38902

Safe Pest Solutions, LLC
3880 Warrington Dr.
Horn Lake, MS 38637-2011

Simply Clean, LLC
65 County Road 165
Oxford, MS 38655-5937

Sneed's Ace Hardware, Inc.
1400 University Ave.
Oxford, MS 38655

Spic N Span
956 Molly Barr Rd
Apt 3
Oxford, MS 38655-2164

Stout's Carpet, Inc.
2 Private Road 2050
Oxford, MS 38655

The Sherwin-Williams Co.
1905 Jackson Ave W
Oxford, MS 38655-4205

U.S. Lawns of Northeast Mississippi
915 Sam Barkely Drive
New Albany, MS 38652

Veterans Fire & Security
3446 Holman Place
Memphis, TN 38118

What's Happening Publications & Promotions
7020 NW 11th Place
Gainesville, FL 32605

Winstar Marketing
P.O. Box 7231
Waco, TX 76714